```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BAUM HYDRAULICS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV256 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion for continuance, filing 41, is granted and,

1. Non-jury trial is continued to 9:00 a.m., September 26, 2005 for a duration of two days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha,** Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Doe v. Thermal Services, 8:04cv357; New Hope v. City of Omaha, 8:04cv259; King v. West Corp., 8:04cv318; Chao v. Patrinos, 8:04cv388; Becella v. Kellogg, 8:04cv380; Ullico v. Planners, 8:04cv353; Jimenez v. Tyson, 8:04cv499;; Nero v. Omaha Housing, 8:05cv86; and Christensen v. Qwest, 8:04cv633.

2. The pretrial conference will be held August 23, 2005 at 9:00 a.m. before the undersigned magistrate judge in chambers, **Lincoln**, Nebraska.

3. The deposition deadline is continued to August 9, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 19th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge