```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

BAUM HYDRAULICS,            )
                            )
            Plaintiff,      )        8:04CV256
                            )
      v.                    )
                            )
UNITED STATES OF AMERICA,   )        ORDER
                            )
            Defendant.      )
                            )

Following a conference with counsel this date,

IT IS ORDERED:

1. The parties' oral motion for continuance of trial is granted and

> a. Non-jury trial is continued to 9:00 a.m. April 17, 2006 for a duration of two days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha,** Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Nelson v. Dunning, 8:04cv596 and Seid v. Reeves,8:05cv207

> b. The pretrial conference will be held March 16, 2006 at 12:00 noon before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

> c. The deposition deadline is continued to March 2, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

> d. All other provisions of the court's order setting this case for trial shall remain in effect.

2. Counsel shall report to the court within 60 days on their efforts to resolve this case through negotiation, mediation or otherwise, including specifically what actions have been taken, what, if anything remains to be done, by whom, and counsel's estimate of when such actions will be completed.

DATED this 16th day of August, 2005.

                    BY THE COURT:

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge