IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | |
| MOVING JUDGE KOPF'S ) | **MEMORANDUM AND ORDER** |
| REMAINING OMAHA ) | |
| CIVIL AND CRIMINAL CASES ) | |
| TO LINCOLN FOR ) | |
| HEARING OR TRIAL. ) | |

I am no longer receiving criminal or civil cases from the "Omaha" docket. As a result, it is not efficient for me to continue to travel to Omaha and to block off time to try cases in Omaha or to conduct criminal sentencings and related hearings in Omaha. Thus, I shall no longer do so. Rather, all unresolved "Omaha" docket cases assigned to me will be tried or otherwise disposed of in Lincoln.

In particular, all <u>pending</u> <u>civil</u> and <u>criminal</u> matters assigned to me from the "Omaha" docket will be <u>moved</u> for hearing or trial from Omaha, Nebraska <u>to Courtroom Number One in Lincoln, Nebraska</u>.[1] Thus,

IT IS ORDERED that:

1. Omaha Criminal Cases Moved to Lincoln and Related Trial and Hearing Information:

| Date | Time | Matter |
|---|---|---|
| 1/9/2006 | 9:00 a.m. | trial in USA v. Ricky T. McCollum, 8:05CR256, jury/ 2 days |
| 1/13/2006 | 9:00 a.m. | evidentiary hearing & sentencing in USA v. Benjamin Rodriguez, 8:05CR258 |
| 1/13/2006 | 9:30 a.m. | sentencing in USA v. Kimberly J. Snyder, 8:05CR86 |
| 1/13/2006 | 10:00 a.m. | sentencing in USA v. Hector Javier Garcia-Mendez, 8:05CR273 |

---

[1]Despite the fact that cases have been moved to Lincoln, the same dates and times as previously scheduled have been maintained.

| Date | Time | Matter |
|---|---|---|
| 1/13/2006 | 10:30 a.m. | sentencing in USA v. Eric Jordan, 8:05CR213 |
| 1/13/2006 | 11:00 a.m. | sentencing in USA v. Franklin Delano Jenkins, 8:04CR209 |
| 1/13/2006 | 11:30 a.m. | Rule 35 hearing in USA v. Eric English, 8:03CR86 |
| 3/10/2006 | 9:00 a.m. | sentencing in USA v. April Picard, 8:05CR213 |
| 3/10/2006 | 10:00 a.m. | sentencing in USA v. Tauvaa A. Williams, 8:05CR335 |
| 3/10/2006 | 3:00 p.m. | evidentiary hearing & sentencing in USA v. James McCart, 8:04CR81 |

    2.    Omaha Civil Cases Moved to Lincoln and Related Trial Information:

| Date | Time | Matter |
|---|---|---|
| 1/9/2006 | 9:00 a.m. | nonjury trial in John W. Carroll v. Allied Construction Services, 8:04CV344, jury/ 3 days |
| 3/6/2006 | 9:00 a.m. | trial in Gloria A. Ferris v. First National of Nebraska, 4:04CV3286, jury/ 3 days |
| 3/6/2006 | 9:00 a.m. | trial in Caroline Nero v. Omaha Housing Authority, 8:05CV86, jury/ 2 days |
| 3/6/2006 | 9:00 a.m. | trial in Brian Fuoss v. Roger Houston, et al., 8:05CV29, jury/ 4 days |
| 4/17/2006 | 9:00 a.m. | trial in Francis & Beverly Seid, et al. v. James Reeves, et al., 8:05CV207, jury/ 5 days |
| 4/17/2006 | 9:00 a.m. | trial in Devon Distributing v. Dave Hausman, et al., 8:05CV51, jury/ 9 days |
| 4/17/2006 | 9:00 a.m. | nonjury trial in Baum Hydraulics Corp. v. USA, 8:04CV256, jury/ 2 days |

| Date | Time | Matter |
|---|---|---|
| 5/8/2006 | 9:00 a.m. | trial in April Carrico, et al. v. McDonald's of Cornhusker-Bellevue, 8:05CV65, jury/ 4 days |
| 5/8/2006 | 9:00 a.m. | trial in Bernard Ray v. Tyson Fresh Meats, 8:05CV113, jury/ 5 days |
| 5/8/2006 | 9:00 a.m. | nonjury trial in USA v. Twenty-One Firearms, etc., 8:05CV20, 1 day |
| 6/19/2006 | 9:00 a.m. | trial in Benson v. Ford, 8:05CV54 |
| 6/19/2006 | 9:00 a.m. | trial in Harland J. Rohrberg v. Zimmer, Inc., 8:05CV77, jury/ 5 days |
| 6/19/2006 | 9:00 a.m. | trial in Lisa C. Tyler v. Trauner, Cohen & Thomas, LLP, 8:05CV203, jury/ 3 days |
| 6/19/2006 | 9:00 a.m. | trial in Catherine Brooks v. Lincoln Ntl. Life Ins., et al., 8:05CV118, jury/ 5 days |
| 7/10/2006 | 9:00 a.m. | trial in Jack J. Nelson v. Timothy Dunning, et al., 8:04CV596, jury/ 10 days |
| 7/10/2006 | 9:00 a.m. | trial in Kerri M. Hill v. Emergency Dental, et al., 8:04CV613, jury/ 5 days |
| 7/10/2006 | 9:00 a.m. | trial in Yesilada Kredi Ve Yatrim v. Thomas C. Whitmore, 8:05CV1, jury/ 7 days |
| 7/10/2006 | 9:00 a.m. | trial in Otoe County School District No. 111 v. Invensys Bldg. Systems, 8:05CV276 |
| 10/16/2006 | 9:00 a.m. | trial in Northern Natural Gas v. Teksystems Global Applications Outsourcing, 8:05CV316, jury/ 10 days |

3.     Magistrate Judge Piester will issue his own rescheduling directions for pretrial proceedings in civil or criminal cases. In general, Judge Piester no longer intends to travel to Omaha to conduct pretrial proceedings in civil or criminal cases assigned to Judge Kopf.

4.     My chambers and the Clerk of the Court shall see that copies of this memorandum and order are provided to all counsel of record and unrepresented parties in the above entitled criminal and civil cases, to all three magistrate judges, to the United States Marshals in Omaha and Lincoln, to Mike Heavican, United States Attorney and to David Stickman, Federal Public Defender.

December 13, 2005              BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge